THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN NEW YORK & PENNSYLVANIA RAILWAY COMPANY, Appellant and Respondent, against STATE BOARD OF TAX COMMISSIONERS, et al., Respondents and Appellants.

Argued May 18, 1939; decided July 11, 1939.

*Percy R. Smith* and *Harold J. Adams* for relator, appellant and respondent.

*David Diamond, Corporation Counsel (Herbert A. Hickman* of counsel), for defendant, city of Buffalo, respondent and appellant.

*John J. Bennett, Jr., Attorney-General (Timothy F. Cohan, James R. Creary* and *Henry Epstein* of counsel), for defendant, State Tax Commission, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.